### RAMON SANCHEZ *v.* COMMISSIONER OF CORRECTION
### (AC 18999)

Lavery, C. J., and Landau and Pellegrino, Js.

Submitted on briefs October 18—officially released November 21, 2000

Per Curiam. The appeal is dismissed.

### CONNECTICUT RESOURCES RECOVERY AUTHORITY ET AL. *v.* FREEDOM OF INFORMATION COMMISSION ET AL.
### (AC 19437)

Lavery, C. J., and Landau and Pellegrino, Js.

Submitted on briefs October 18—officially released November 21, 2000

Per Curiam. The judgment is affirmed.

### DANIEL HENDERSON *v.* COMMISSIONER OF CORRECTION
### (AC 20006)

Spear, Zarella and Daly, Js.

Argued October 30—officially released November 21, 2000

Per Curiam. The judgment is affirmed.